IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CANDILYN J. CUNNINGHAM,                                            PLAINTIFF,

v.                          Case No. 4:09-CV-950 SWW

LOMA SYSTEMS, d/b/a LOMA/CINTEX,
And
ILLINOIS TOOL WORKS, INC.                                          DEFENDANTS.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Cunningham, through counsel, moves for leave to file an Amended Complaint and in support of this motion, submits:

1. Pursuant to this Court's Amended Final Scheduling Order (Doc. 18), leave to add parties or otherwise amend pleadings in any other way must be sought no later than **1 JUNE 2011**.

2. The proposed Amended Complaint, attached as Ex. 1 to this Motion, amends the original Complaint to (1) modify allegations of strict product liability and negligence, (2) clarify the status of defendant Illinois Tool Works, Inc., as successor in interest and liability to Cintex of America, Inc., the manufacturer and distributor of the Metal Detector Conveyor that caused the plaintiff's injuries, and (3) add a punitive damage claim.

3. The proposed Amended Complaint is based on discovery that has been conducted to date.

4. The filing of the proposed Amended Complaint is necessary in the interests of justice. FRCP 15 (a) (2) provides that the court should freely give leave when justice so requires.

5. The defendant will not be unduly prejudiced by the filing of the proposed Amended Complaint as discovery has not closed.

WHEREFORE, the plaintiff requests that this Motion be GRANTED and that the proposed Amended Complaint be deemed filed when the Court enters its Order.

    Brown & Crouppen, P.C.

    /s/ Richard J. Zalasky
    Richard J. Zalasky - Fed. #4768
    J. Bradley Wilmoth – Fed #56992
    211 N. Broadway, Suite 1600
    St. Louis, Missouri  63102
    (314) 421-0216
    (314) 421-0359 (fax)
    RichZ@getbc.com

And

    Banks Law Firm, PLLC
    Christopher Banks #73004
    100 Morgan Keegan Drive
    Suite 100
    Little Rock, AR 72202
    (501) 280-0100

    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Richard J. Zalasky, hereby certify that a copy of this document has been filed electronically using the CM/ECF filing system on this 1st day of June, 2011 and that the clerk of Court shall serve a copy upon the following counsel of record:

Donald H. Bacon –  bacon@fridayfirm.com
Friday Eldredge & Clark
400 West Capital, Suite 2000
Little Rock, Arkansas 72201-3522

    /s/ Richard J. Zalasky