FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 4 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

CANDILYN J. CUNNINGHAM                                      PLAINTIFF

vs.                        CASE NO.: 4:09-CV-950 DPM

LOMA SYSTEMS d/b/a LOMA/CINTEX and
ILLINOIS TOOL WORKS, INC.                                   DEFENDANTS

TYSON FOODS, INC.                                           INTERVENOR

### BRIEF IN SUPPORT OF MOTION TO INTERVENE

Rule 24(a) of the Federal Rules of Civil Procedure, provides:

"(a)    Intervention of Right.   Upon timely application anyone shall be
permitted to intervene in an action: (1) when a statute of the United States confers
an unconditional right to intervene; or (2) when the applicant claims an interest
relating to the property or transaction which is the subject of the action and the
applicant is so situated that the disposition of the action may as a practical matter
impair or impede the applicant's ability to protect that interest, unless the
applicant's interest is adequately represented by existing parties."

The Plaintiff, Candilyn Cunningham ("Plaintiff"), has received workers' compensation

benefits from Tyson Foods, Inc. ("Tyson") as a result of injuries sustained in an accident which

occurred on or about August 19, 2008 which is the subject of his Complaint against the

Defendant herein.  Arkansas law, the workers' compensation carrier is entitled to a lien on the

proceeds of any settlement or judgment obtained in conjunction with a third party tort action.  If

Tyson is not allowed to intervene herein, its lien rights may be adversely affected.  Tyson's lien

interests are not and cannot be adequately represented by the existing parties.  For these reasons,

Tyson Foods, Inc. should be allowed to file its Complaint in Intervention herein, pursuant to the

provisions of Rule 24[a].

Respectfully submitted,

TYSON FOODS, INC.

LEDBETTER, COGBILL, ARNOLD
    & HARRISON, LLP
Post Office Box 185
Fort Smith, AR 72902-0185
(479) 782-7294

By:     __/s/ R. Chris Parks__
R. Chris Parks, ABA #99109
Attorneys for Intervenor

## CERTIFICATE OF SERVICE

I, R. Chris Parks, the attorney of record for the Intervenor herein, do hereby certify that on the 14th day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Donald H. Bacon
FRIDAY, ELDREDGE
  & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522
(501) 370-1539
bacon@fridayfirm.com

Mr. Charles A. Banks
BANKS LAW FIRM, PLLC
Post Office Box 251310
Little Rock, AR 72225-1310
(501) 280-0100
cbanks@bankslawfirm.us

Mr. James B. Wilmoth
BROWN & CROUPPEN
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 421-0216
bradw@getbc.com

Mr. Edward T. Oglesby
KUTAK ROCK, LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3409
(501) 975-3127
edward.oglesby@kutakrock.com

Mr. Robert William Fracis
BANKS LAW FIRM, PLLC
Post Office Box 251310
Little Rock, AR 72225-1310
(501) 280-01000
rfrancis@bankslawfirm.us

Mr. Richard John Zalasky
BROWN & CROUPPEN
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 421-0216
richz@getbc.com

/s/ R. Chris Parks
R. Chris Parks, ABA #99109
LEDBETTER, COGBILL, ARNOLD
  & HARRISON, LLP
Post Office Box 185
Fort Smith, AR 72902-0185
(479) 782-7294
(479) 782-1493 (facsimile)
rchrisparks@lcahlaw.com
Attorneys for Intervenor