IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CANDILYN J. CUNNINGHAM                                          PLAINTIFF

v.                          No. 4:09-cv-950-DPM

LOMA SYSTEMS, a division of
ILLINOIS TOOL WORKS INC.                                        DEFENDANT

TYSON FOODS, INC.                                               INTERVENOR

ORDER

Motion to intervene, *Document No. 73*, granted. Tyson must file its complaint in intervention by 9 December 2011. Cunningham should timely answer; and by 16 December she should file a motion and supporting evidentiary papers on the made-whole issues. Tyson's response is due 6 January 2012. Any reply is due by 13 January. The Court directs the parties to handle the matter like a motion for summary judgment pursuant to Local Rule 56.1. If the Court needs a hearing, it will hold one at 4:00 p.m. on 27 January 2012.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 December 2011