IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CANDILYN J. CUNNINGHAM**                                   **PLAINTIFF**

v.                     No. 4:09–cv–950–DPM

**LOMA SYSTEMS, a division of**
**ILLINOIS TOOL WORKS INC.**                                  **DEFENDANT**

## JUDGMENT

Cunningham's complaint against Loma Systems is dismissed with prejudice. This Court retains jurisdiction until 28 June 2013 to hear any matters relating to unresolved settlement issues.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2013